# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11CR5059-IEG |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| LUIS CEJA-ALVAREZ(1), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case 11CR5518-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

8:1326(a) and (b)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 12/06/2011

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge